UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
Brian L. Ponder,                       :
                                       :
                    Plaintiff,         :        26cv1716 (DLC)
        -v-                            :
                                       :        ORDER
Prosper Marketplace, Inc.,             :
                                       :
                    Defendant.         :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

On **March 9, 2026,** the defendant filed a motion to compel arbitration. Accordingly, it is hereby

ORDERED that any opposition is due **March 27, 2026.** Any reply is due **April 3, 2026.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          March 11, 2026

                                   _____
                                        DENISE COTE
                                   United States District Judge