UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

BRIAN L. PONDER,                           :

                       Plaintiff,          :        26cv1716 (DLC)
            -v-                            :
                                           :        ORDER
PROSPER MARKETPLACE, INC.,                 :
                                           :
                       Defendant.          :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

An Opinion of May 14, 2026 granted the defendant's motion to compel arbitration.  Accordingly, it is hereby

ORDERED that this action is stayed pending the conclusion of the arbitration.  Should the plaintiff not be diligent in the pursuit of arbitration, the defendant may move to dismiss this action.

IT IS FURTHER ORDERED that the parties shall file a status letter by **October 1, 2026.**

Dated:    New York, New York
          May 14, 2026

_____
DENISE COTE
United States District Judge